UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULA PERNAL : | CIVIL ACTION NO._____ |
|       Plaintiff : | |
| : | |
| V. : | |
| : | |
| APEX FINANCIAL MANAGEMENT , LLC : | |
| : | |
|       Defendant : | NOVEMBER 3, 2010 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant, Apex Financial Management, LLC, ("Defendant"), through its undersigned counsel, Jonathan D. Elliot of Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of New Haven at New Haven in which this action is now pending. The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it. In support of this petition, the Defendant represents as follows:

    1.    An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of New Haven at New Haven, entitled Paula Pernal v. Apex Financial Management, LLC, bearing a return date of November 16, 2010. A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2. The complaint is dated October 1, 2010. The complaint was received by defendant by the Connecticut Secretary of State on October 6, 2010. Removal of this action is therefore timely under 28 U.S.C. § 1446(b). To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3. In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4. This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5. The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of New Haven at New Haven, where the action is now pending. A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

Case 3:10-cv-01736-CFD   Document 1   Filed 11/04/10   Page 3 of 20

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of New Haven at New Haven, be removed therefrom to this Court.

DEFENDANT
APEX FINANCIAL MANAGEMENT, LLC

By: _____
Jonathan D. Elliot (ct05762)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorneys

3

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Notice of Removal has been sent via U.S. Mail first-class mail, postage prepaid, on this date, to:

Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437

Dated at Bridgeport, Connecticut on this 4th day of November, 2010.

_____
Jonathan D. Elliot

4

# EXHIBIT A

# SUMMONS - CIVIL
JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street New Haven, 06510 | 203-503-6800 | 11 / 16 / 2010 |

| Judicial District: [x] | G.A. Number: | At (Town): New Haven | Case type code — Major: M   Minor: 90 |

For the Plaintiff(s) please enter the appearance of:
Consumer Legal Services, LLC, 29 Soundview Road, Ste 11B, Guilford, 06437
Juris number: 430221
Telephone: 203-458-8200

Number of Plaintiffs: 1    Number of Defendants: 1

| Parties | Name and Address | |
|---|---|---|
| First Plaintiff | Pernal, Paula; 108 Branford Road; North Branford; CT; 06471 | P-01 |
| Additional Plaintiff | | P-02 |
| First Defendant | Apex Financial Management, LLC; 1120 Lake Cook Road, Suite A; Buffalo Grove; IL; 60089 | D-50 |
| Additional Defendant | | D-51 |
| Additional Defendant | | D-52 |
| Additional Defendant | | D-53 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

Signed: [x] Commissioner of the Superior Court
Name of Person Signing at Left: Theresa Rose Nickols DeGray
Date signed: 10/1/10

If this Summons is signed by a Clerk:
- The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
- It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
- The Clerk is not permitted to give any legal advice in connection with any lawsuit.
- The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

I certify I have read and understand the above:

Name and address of person recognized to prosecute in the amount of $250:
Ernest L. Nickols 11 Beverly Pl. Bridgeport CT 06610

Signed (Official taking recognizance): [x] Commissioner of the Superior Court
Date: 10-1-10

ATTEST: A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: NOVEMBER 16, 2010 | : SUPERIOR COURT |
| PERNAL, PAULA | : J. D. OF NEW HAVEN |
| V. | : AT NEW HAVEN |
| APEX FINANCIAL MANAGEMENT, LLC | : OCTOBER 1, 2010 |

### COMPLAINT

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C §§'s 1331 and 1367.

3. The Plaintiff is a "consumer debtor" and/or "consumer" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq.) and/or the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), residing in North Branford, Connecticut.

4. The Defendant has a business address of Apex Financial Management, LLC, 1120 Lake Cook Road, Suite A, Buffalo Grove, Illinois and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

5. On June 7, 2010, the Plaintiff received an initial written correspondence from the Defendant dated June 2, 2010, containing the required 30-day validation notice as defined in 15 U.S.C. § 1692g; a copy of which is attached hereto as Exhibit A.

6. On June 15, 2010, the Plaintiff sent a letter by fax requesting validation of the debt; a copy of which is attached hereto as Exhibit B, along with a fax transmission confirmation thereof.

7. On August 23, 2010, the Plaintiff received a second letter from the Defendant, dated August 19, 2010; a copy of which is attached hereto as Exhibit C.

8. The August 19, 2010 letter did not address the Plaintiff's request to validate the debt; the stated purpose of the letter was to continue the attempt to collect the debt; thus the Defendant failed to cease collection of the debt, or any disputed portion thereof, prior to obtaining and mailing verification of the debt, in violation of 15 U.S.C. § 1692g.

9. In the August 19, 2010 letter, the Defendant made false, deceptive and/or misleading statements, in violation of 15 U.S.C. § 1692e, including the following: "…you leave us no recourse to resolve this debt except through involuntary means. A suit investigation has been conducted on this account, and the account has been deemed suit worthy. Our client has informed us that we are to return the account to it so that it can be forwarded to an attorney, unless payment in full is made on your account with our office within 30 days of the date of this correspondence…If you have any questions regarding this letter, please feel free to call our Pre-Legal Department…;" the letter is signed "Apex Financial Pre-Legal Department."

10. On August 25, 2010, the Plaintiff sent a letter by fax requesting that the Defendant cease all communications; a copy of which is attached hereto as Exhibit D, along with a fax transmission confirmation thereof.

11. On September 17, 2010, the Plaintiff received a third letter from the Defendant dated September 10, 2010; a copy of which is attached hereto as Exhibit E.

12. In the September 10, 2010 letter, the Defendant again made false, deceptive and/or misleading statements, in violation of 15 U.S.C. § 1692e, including the following: "Failure to hear from you may require us to forward your account to an attorney in your area in order to pursue any and all legal remedies available…You have ten (10) days to mail your payment or contact my office…to discuss other options in order to stop this action;" the letter is signed "Apex Financial Pre-Legal Department."

13. Any and all of the Defendant's acts, or omissions to act, averred in this complaint are harassing, oppressive, unfair, deceptive and/or unconscionable.

14. Any and all of the Defendant's acts, or omissions to act, averred in this complaint caused damage to the Plaintiff.

15. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional infliction of emotional distress to the Plaintiff.

16. All of the Defendant's acts, or omissions to act, averred in this complaint caused negligent infliction of emotional distress to the Plaintiff.

17. The Defendant's acts, or omissions to act, violated the Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

18. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

WHEREFORE, the Plaintiff claims:

1. Money damages;
2. Statutory damages of up to $1,000.00;
3. Attorneys fees;
4. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Paula Pernal

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY
_____
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: NOVEMBER 16, 2010 | : | SUPERIOR COURT |
| PERNAL, PAULA | : | J. D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| APEX FINANCIAL MANAGEMENT, LLC | : | OCTOBER 1, 2010 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

                                      THE PLAINTIFF
                                      Paula Pernal

By: _____
              THERESA ROSE DEGRAY
              Consumer Legal Services, LLC
              29 Soundview Road, Suite 11B
              Guilford, CT 06437
              Tel: 203-458-8200
              Fax: 203-738-1062
              Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

# EXHIBIT B

RETURN DATE: November 16, 2010

| | |
|---|---|
| PAULA PERNAL | : JUDICIAL DISTRICT OF |
| | : NEW HAVEN |
| V. | : |
| | : AT NEW HAVEN |
| APEX FINANCIAL MANAGEMENT, LLC | : |
| | : November   , 2010 |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on November 4, 2010, the defendant, Apex Financial Management, LLC ("Defendant"), through its undersigned counsel, filed in the United States District Court for the District of Connecticut, a Notice of Removal in the above-captioned matter. With this filing, this action now stands removed from the Superior Court for the Judicial District of New Haven at New Haven to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Notice of Removal is being filed with the Clerk of the Superior Court for the Judicial District of New Haven at New Haven.

Dated at Bridgeport, Connecticut this 4th day of November, 2010.

                DEFENDANT APEX FINANCIAL
                MANAGEMENT, LLC

By: _____
     Jonathan D. Elliot

               ZELDES, NEEDLE & COOPER, P.C.
               1000 Lafayette Boulevard
               P.O. Box 1740
               Bridgeport, CT 06601-1740
               Tel: (203) 333-9441
               Fax: (203) 333-1489
               Juris No. 69695
               Email: jelliot@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via U.S. Mail first-class mail, postage prepaid, on this date, to:

Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437

Dated at Bridgeport, Connecticut on this    day of November, 2010.

_____
Jonathan D. Elliot

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULA PERNAL | CIVIL ACTION NO._____ |
| Plaintiff | |
| V. | |
| APEX FINANCIAL MANAGEMENT, LLC | |
| Defendant | NOVEMBER 3, 2010 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant, Apex Financial Management, LLC, ("Defendant"), through its undersigned counsel, Jonathan D. Elliot of Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of New Haven at New Haven in which this action is now pending. The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it. In support of this petition, the Defendant represents as follows:

1. An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of New Haven at New Haven, entitled Paula Pernal v. Apex Financial Management, LLC, bearing a return date of November 16, 2010. A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2. The complaint is dated October 1, 2010. The complaint was received by defendant by the Connecticut Secretary of State on October 6, 2010. Removal of this action is therefore timely under 28 U.S.C. § 1446(b). To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3. In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4. This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5. The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of New Haven at New Haven, where the action is now pending. A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of New Haven at New Haven, be removed therefrom to this Court.

DEFENDANT
APEX FINANCIAL MANAGEMENT, LLC

By: _____
Jonathan D. Elliot (ct05762)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorneys

3

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Notice of Removal has been sent via U.S. Mail first-class mail, postage prepaid, on this date, to:

Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437

Dated at Bridgeport, Connecticut on this 4th day of November, 2010.

_____
Jonathan D. Elliot

4