UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULA PERNAL,<br><br>                      Plaintiff,<br><br>V.<br><br>APEX FINANCIAL MANAGEMENT, LLC<br><br>                      Defendant. | No. 3:10-CV-01736 (CFD)<br><br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
PAULA PERNAL

By: _____
Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road  Suite 11B
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Email:
TRD@ConsumerLegalServicesLLC.com
   Her Attorney

THE DEFENDANT,
APEX FINANCIAL MANAGEMENT LLC

By: _____
Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel:    203-333-9441
Fax:   203-333-1489
E-Mail: jelliot@znclaw.com
   Its Attorneys